# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 332 WAL 2015

               Respondent    :

   :    Petition for Allowance of Appeal from
   :    the Order of the Superior Court

        v.              :

CLINTON MCLAUGHLIN,    :

               Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Mr. Justice Eakin did not participate in the decision of this matter.